IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALVIN C. FREDRICKSON,

    Plaintiff,

v.

                                          No. 16-cv-01012 KG-CG

CANNON FEDERAL CREDIT UNION; and
EQUIFAX INFORMATION SERVICES LLC,

    Defendants.

**ORDER TO DISMISS WITH PREJUDICE CLAIMS
BROUGHT AGAINST EQUIFAX INFORMATION SERVICES LLC**

Plaintiff Alvin C. Fredrickson and Defendant Equifax Information Services LLC jointly moved the Court to dismiss with prejudice all claims that were brought, or that could have been brought, by Mr. Fredrickson against Equifax. The other Defendant – Cannon Federal Credit Union ("Cannon FCU") – did not oppose the Motion.

THE COURT FINDS:

1. A settlement has been reached between Mr. Fredrickson and Equifax.

2. The Motion is well taken.

IT IS ORDERED:

1. All claims that were brought, or that could have been brought, by Mr. Fredrickson against Equifax, are dismissed with prejudice, with Mr. Fredrickson and Equifax each to bear their respective attorney fees and costs.

2. The claims between Mr. Fredrickson and Cannon FCU are not dismissed.

_____
UNITED STATES DISTRICT JUDGE

Approved as to form:

TREINEN LAW OFFICE PC

*/s/ Rob Treinen*

_____
ROB TREINEN
500 Tijeras Ave NW
Albuquerque, New Mexico 87102
(505) 247-1980
(505) 843-7129 (fax)
robtreinen@treinenlawoffice.com

ATTORNEYS FOR PLAINTIFF ALVIN C. FREDRICKSON


LEWIS ROCA ROTHGERBER CHRISTIE LLP
DENNIS E. JONTZ
RYAN M. WALTERS
BOBBI J. COLLINS
201 Third St NW, Suite 1950
Albuquerque, New Mexico 87102
(505) 764-5400
(505) 764-5467 (fax)
djontz@lrrc.com
rwalters@lrrc.com
bcollins@lrrc.com

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*Approved via email dated 4/3/17*

_____
JUSTIN HENDERSON
201 E Washington Street, Suite 1200
Phoenix, Arizona 5004
(602) 262-5311
(602) 734-3937 (fax)
jhenderson@lrrc.com

ATTORNEYS FOR DEFENDANT CANNON FEDERAL CREDIT UNION

WIGGINS WILLIAMS & WIGGINS
PARTICIA WILLIAMS
PO Box 1308
Albuquerque, New Mexico 87103-1308
(505) 764-8400
(505) 764-8585 (fax)
pwilliams@wwwlaw.us

KING & SPALDING

*Approved via email dated 3/22/17*
_____
N. CHARLES CAMPBELL II
1180 Peach Tree St NE
Atlanta, Georgia 30309
(404) 572-4618
(404) 572-5100 (fax)
ccampbell@kslaw.com

ATTORNEYS FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC